UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60844-GAYLES

**GEORGINA CID,**

    **Plaintiff,**

**v.**

**THE CITY OF MIRAMAR,**

    **Defendant.**
_____/

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's verdict of **June 29, 2018**, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff GEORGINA CID, and against Defendant CITY OF MIRAMAR, on Counts 1 and 2 of Plaintiff's *First Amended Complaint* for Plaintiff's claims of discrimination based on national origin, and retaliation, as follows:

1. Final Judgment is entered in the total amount of Three Hundred Thousand Dollars ($300,000.00), comprised of:

    $5,000.00 for lost wages from the demotion (Count 1);

    $80,000.00 for lost wages from the termination (Count II); and

    $215,000.00 for emotional pain and suffering.

2. Interest shall accrue on this judgment at the rate prescribed by 28 U.S.C. § 1961 until this judgment is satisfied, for which sum let execution issue.

3. The Court retains jurisdiction for the purposes of awarding attorney's fees and

costs, and any prejudgment interest on Plaintiff's economic damages. The Court also retains jurisdiction over any post-judgment motions filed by the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of July, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE